IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01361-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)


SEGRIC DENARD WYCHE, SR.,

      Plaintiff,

v.

MR. WINSTON,
MR. P. WALTON,
MS. S. BROWN,
MR. PRICE,
MR. R. THOMAS,
MS. HERLICKSON,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff Segric Denard Wyche, Sr., is a prisoner in the custody of the Federal

Bureau of Prisons who currently is incarcerated at FCI Florence in Florence, Colorado.

On June 24, 2015, Plaintiff, acting *pro se*, initiated this action by filing a Prisoner

Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 (ECF No. 2).

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted documents are deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims in this

Court in this action.  Any papers that Plaintiff files in response to this Order must include

the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    __      is not submitted
(2)    __      is missing affidavit
(3)    __      is not on proper form (Must use Court-approved form revised 10-1-12)
(4)    _X_     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)    _X_     is missing certificate showing current balance in prison account
(6)    _X_     is missing authorization to calculate and disburse filing fee payments
(7)    _X_     is missing an original signature by the prisoner
(8)    __      other:

**Complaint, Petition or Application**:

(9)    __      is not submitted
(10)   __      is not on proper form (must use the Court's current form)
(11)   _X_     is missing an original signature by the prisoner
(12)   __      is missing page nos. __
(13)   __      uses et al. instead of listing all parties in caption
(14)   __      names in caption do not match names in text
(15)   _X_     other: Under "Section D. Cause of Action," Plaintiff states supporting facts but does not state any claims.  For each claim, specify the right that allegedly has been violated.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies.

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED:  July 7, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge