IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01361-GPG

SEGRIC DENARD WYCHE, SR.,

    Plaintiff,

v.

MR. WINSTON,
MR. P. WALTON,
MS. S. BROWN,
MR. PRICE,
MR. R. THOMAS,
MS. HERLICKSON,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Segric Denard Wyche, Sr., is a prisoner in the custody of the Federal Bureau of Prisons, currently incarcerated at FCI Florence in Florence, Colorado. On June 24, 2015, Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 (ECF No. 2). Mr. Wyche filed an Amended Complaint on September 2, 2015. (ECF No. 7). He has been granted leave to proceed *in forma pauperis*. (ECF No. 9).

On September 25, 2015, the court ordered Plaintiff to amend his Complaint. (ECF No. 10). Specifically, the court ordered Plaintiff to file an amended complaint that complied with the pleading requirements of Fed. R. Civ. P. 8, identified the specific

constitutional claims he was asserting, included specific factual allegations to support each claim, identified against which Defendant or Defendants he was asserting each claim, and asserted what each Defendant did that allegedly violated his rights. (*Id.* at 4). The Court warned the Plaintiff that if he failed to file an amended complaint as directed within thirty days, the complaint and action could be dismissed without further notice.

Mr. Wyche has failed to file an amended complaint that complies with the pleading requirements of Rule 8 within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's September 25, 2015 order.  Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Amended Prisoner Complaint (ECF No. 7) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Wyche failed to prosecute and comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  13th  day of   November  , 2015.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court